**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-7639**

_____

JAMES ANTHONY BARNETT, JR.,

Plaintiff - Appellant,

v.

DR. CLIFFORD CURTIS,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:16-ct-03056-FL)

_____

Submitted:  April 19, 2018                                Decided:  April 23, 2018

_____

Before GREGORY, Chief Judge, and THACKER and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

James Anthony Barnett, Jr., Appellant Pro Se.  Elizabeth Pharr McCullough, YOUNG MOORE & HENDERSON, PA, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Anthony Barnett, Jr., appeals the district court's order granting summary judgment to the Defendant and dismissing Barnett's civil rights complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Barnett v. Curtis*, No. 5:16-ct-03056-FL (E.D.N.C. Dec. 6, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*